## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | | | |
|---|---|---|---|---|
| In re: | : | Case no.: | 18-30616-KCF |
| | : | | |
| Sheila McCants | : | Chapter: | 7 |
| | : | | |
| | : | Judge: | Ferguson |
| Debtor(s) | : | | |
| | : | | |

## CERTIFICATION OF NO OBJECTION

I _____ Alyson M. Guida _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒    Abandonment

❑    Public Sale

❑    Private Sale

❑    Settlement of Controversy

❑    Auctioneer Compensation

Description of Property (if applicable):

1044 Genesee St., Trenton, NJ

JEANNE A. NAUGHTON, Clerk

Date: 01/07/2019 _____          By: Alyson M. Guida _____

*rev.2/10/17*